UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No.7:12-CR-108-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PAUL JOSEPH SCHMURA, JR., | ) | |
| Defendant. | ) | |

This matter is before the court on the Defendant's unopposed motion to continue the arraignment and trial [DE-17] in this matter, presently set for November 6, 2012, his unopposed motion to for an extension of time to file pretrial motions [DE-18].

In the motion for extension of time, Defendant adequately explains why additional time is needed for filing pretrial motions, but he does not adequately explain how much additional time he will need for preparation of the pretrial motions. Accordingly, the court holds the motions [DE-17; DE-18] in ABEYANCE and DIRECTS Defendant to file, within seven days of the date of this order, a supplement to the motion [DE-18] explaining how much additional time is needed.

SO ORDERED.

This the 22 day of October, 2012.

James C. Fox
Senior United States District Judge