UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Cr. No. 7:12-CR-00108-F

v.

ORDER TO SEAL

PAUL JOSEPH SCHMURA, JR.,

    Defendant.
_____/

Upon motion of the Defendant, it is hereby ORDERED that the Document Number 27 in the above-captioned case be sealed.

This the 30th day of May, 2013.

_____
~~UNITED STATES DISTRICT JUDGE~~
JAMES C. FOX
Senior United States District Judge